IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ADAN TRUJILLO-ESPINOZA,　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　)<br>　　　　　　　　　　　　　　　　) | 4:06CR3110<br><br>ORDER |

   New counsel has entered an appearance for the defendant. Filing 13.

   IT THEREFORE HEREBY IS ORDERED:

   The motion of Michael D. Nelson to withdraw as counsel for the defendant, filing 14, is granted.

   DATED this 12th day of January, 2007.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/ *David L. Piester*
　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　United States Magistrate Judge