```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )
                               )          4:06CR3110
          v.                   )
                               )
ADAN TRUJILLO-ESPINOZA,        )
                               )            ORDER
               Defendant.      )
                               )
```

　　　IT IS ORDERED:

　　　1.  Defendant's motion for time, filing 17, is granted and the deadline for filing pretrial motions is extended to February 26, 2007.

　　　2.  Trial of this matter is continued until further order, after resolution of filed motions.

　　　DATED this 1st day of February, 2007.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　s/ *David L. Piester*
　　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　　United States Magistrate Judge