```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         4:06CR3110
                               )
      v.                       )
                               )
ADAN TRUJILLO-ESPINOZA,        )         MEMORANDUM AND ORDER
                               )
            Defendant.         )
                               )
```

   The defendant has filed a second motion for enlargement of time to file pretrial motions, filing 21.  The government opposes this motion, but acknowledges that the statement of a cooperating witness was not provided to the defendant's counsel until after the current deadline for filing pretrial motions.

   IT THEREFORE HEREBY IS ORDERED:  Defendant's motion for time, filing 21, is granted and the deadline for filing pretrial motions is extended to March 19, 2007.

   DATED this 5th day of March, 2007.

                                    BY THE COURT:

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge