IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ADAN TRUJILLO-ESPINOZA, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and with the agreement of the government,

IT IS ORDERED that the defendant's sentencing is continued to Wednesday, September 26, 2007, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, at the Robert V. Denney Federal Building and United States Courthouse, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 10, 2007.          BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge